IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TIMOTHY DEEDS,

    Petitioner,

v.                                                                                          No. 2:21-cv-00359-KWR-KBM

RICHARD MARTINEZ and
ATTORNEY GENERAL FOR
THE STATE OF NEW MEXICO,

    Respondents.

### FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Memorandum Opinion and Order (**Doc. 6**) filed **November 30, 2022,** the Court **ISSUES** its separate judgment finally disposing of this case.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner Timothy Deeds' Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2254 (**Doc. 1**) is **DISMISSED WITH PREJUDICE**.

                                                 **KEA W. RIGGS**
                                               **UNITED STATES DISTRICT JUDGE**